UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-02739-ODW(Ex) | Date | June 24, 2015 |
|---|---|---|---|
| Title | Peter Gallagher et al v. Lions Gate Entertainment Inc. et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | | None Present |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**   **(IN CHAMBERS)**   Order Vacating Hearing on MOTION to Dismiss Case [**18**]

   The hearing on the above-referenced MOTION, scheduled for June 29, 2015 at 1:30 P.M., is hereby **VACATED** and taken off calendar.  No appearances are necessary.

The matter stands submitted, and will be decided upon without oral argument. An order will issue.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | se | |